IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVEY CRAIG BOWLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARFIELD COUNTY DETENTION )<br>FACILITY, et al., )<br>)<br>Defendants. ) | No. CIV-13-0894-C |

ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on November 18, 2013, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

Although the Court is broadly construing Plaintiff's letter received November 25, 2013, as an Objection, Plaintiff does not address any of the legal conclusions requiring dismissal of his claims. He merely reiterates his indigence, restates the facts alleged in the Complaint, and confirms his mailing address. Nothing asserted in the Objection requires or permits any conclusion contrary to those recommended by Judge Erwin.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's claims against Defendant

Garfield County Detention Facility are dismissed with prejudice. Plaintiff's claims against Defendant Jerry Niles are dismissed without prejudice.

IT IS SO ORDERED this 13th day of January, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge